Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Natalie U. Luongo, State Bar No. 285288
E-Mail: nluongo@hurrellcantrall.com
Roy Garcia, State Bar No. 302703
E-Mail: rgarcia@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT; COUNTY OF LOS ANGELES (erroneously sued as LOS ANGELES SHERIFF'S DEPARTMENT) and SHERIFF DEPUTY DANIEL ACQUILANO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JANE DOE 1, a minor, by and through her Guardian ad Litem, A.A.,<br><br>Plaintiff,<br><br>v.<br><br>ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT; LOS ANGELES SHERIFF'S DEPARTMENT; COUNTY OF LOS ANGELES; SHERIFF DEPUTY DANIEL ACQUILANO, in his official and individual capacities; and DOES 1 through 50<br><br>Defendants. | Federal Case No.<br><br>State Case No. 22STCV14870<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C.A. §§ 1441 AND 1446 ON BEHALF OF DEFENDANTS ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT, COUNTY OF LOS ANGELES, AND SHERIFF DEPUTY DANIEL ACQUILANO**<br><br>[*Filed Concurrently with Declaration of Roy Garcia; Notice of Interested Parties.*]<br><br>State Action Assigned to Judge Armen Tamzarian, Dept. 52<br><br>State Action Filed: 05/04/2022 |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTE that Defendants ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT, COUNTY OF LOS ANGELES (erroneously sued as "LOS ANGELES SHERIFF'S DEPARTMENT"), and SHERIFF DEPUTY DANIEL

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

ACQUILANO (hereinafter collectively "Defendants") hereby remove this action from the Superior Court of the County of Los Angeles, Central District to the United States District Court, Central District of California.  Defendants effect this removal pursuant to 28 U.S.C. §§ 1441 and 1446 on the following factual bases:

1.     On May 4, 2022, Plaintiff JANE DOE 1 ("Plaintiff") filed a Complaint in the Superior Court of California, County of Los Angeles, Central District in the action entitled *Jane Doe 1,, A Minor, by and through Her Guardian Ad Litem, A. A. v. Antelope Valley Union High School District, et al.*, Case No. 22STCV14870. Declaration of Roy Garcia ("Decl. Garcia"), ¶ 2.  The Summons and Complaint are attached as **EXHIBIT "A"** to the Declaration of Roy Garcia.

2.     Plaintiff's initial Complaint raised causes of action for: (1) violations of the Bane Act (*Cal. Civ. Code* § 52.1); (2) violations of the Ralph Act (*Cal. Civ. Code* § 51.7); (3) violations of the Unruh Civil Rights Act (*Cal. Civ. Code* § 51); (4) Assault; (5) Battery; (6) False Arrest; (7) Aiding and Abetting Assault and Battery; (8) Negligence (*Cal. Gov. Code* § 815.2); (9) Negligent Hiring, Supervision, Retention, Training, and Education; (10) Failure to Perform Mandatory Duty (*Cal. Gov. Code* § 815.6); (11) Intentional Infliction of Emotional Distress; (12) Harassment Based on Race Sex/Gender, and Disability in Education (*Cal. Ed. Code* § 220).  Decl. Garcia, ¶ 3.

3.     Defendant County of Los Angeles' (Erroneously Sued as Los Angeles Sheriff's Department Answer) to Plaintiff's Complaint for Damages is attached as **EXHIBIT "B"** to the Declaration of Roy Garcia.

4.     Defendant Sheriff Deputy Daniel Acquilano's Answer to Plaintiff's Complaint for Damages is attached as **EXHIBIT "C"** to the Declaration of Roy Garcia.

5.     Defendant Antelope Valley Union High School District's Answer to Complaint is attached as **EXHIBIT "D"** to the Declaration of Roy Garcia.

6.     On April 20, 2023, after obtaining leave of Court, Plaintiff filed and

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

served on the Parties her First Amended Complaint for Damages in that action. Decl. Garcia, ¶ 7. The First Amended Complaint is attached as **EXHIBIT "E"** to the Declaration of Roy Garcia.

7. Plaintiff's First Amended Complaint differed substantively from her initial Complaint in that it added causes of action for: (13) Retaliation (42 U.S.C. § 1983); (14) Retaliation Under Cal. Constitution; (15) Abuse of Process. Decl. Garcia, ¶ 8.

8. Plaintiff's cause of action for Retaliation under 42 U.S.C. § 1983 makes her case a civil action arising under the laws of the United States over which this Court has original jurisdiction as to all Defendants. *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."). Decl. Garcia, ¶ 9.

9. Accordingly, Defendants have the right to remove this case to this Court. *See* 28 U.S.C. § 1441(a) ("…any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants…"); 28 U.S.C. § 1446 (setting forth procedures for removal). Decl. Garcia, ¶ 10.

10. All of Plaintiff's causes of action brought under federal and state law arise from the same factual allegations: Plaintiff alleges that on or about August 30, 2021, Defendant Deputy Daniel Acquilano followed her from behind, grabbed her forcefully by the arms and torso, wrapped his leg around her legs, and body slammed her to the ground with his body landing, at least in part, on her. Decl. Garcia, ¶ 11; Exh. "A." Plaintiff alleges that she thereby sustained serious physical injuries to her body and suffered various legal damages. *Id*. Plaintiff alleges that, at all times relevant, Defendant Deputy Acquilano acted within the course and scope of his employment as a Sheriff's Deputy for Defendant County of Los Angeles (erroneously sued as "Los Angeles Sheriff's Department"). *Id*. Plaintiff further alleges that On November 9, 2021, just weeks after Plaintiff filed her government claim forms,

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE   (213) 426-2000

Defendants directed two Sheriff's Deputies to go to Plaintiff's home and cite her for Penal Code § 664/71 violations, though the District Attorney had previously reviewed the facts and declined to prosecute Plaintiff, and Plaintiff alleges this citation was a thinly veiled attempt to intimidate Plaintiff and retaliate against her for exercising her right to pursue legal claims against Defendants. *Id*. When an action originally filed in state court is removed to federal court, the federal tribunal has jurisdiction to determine not only the federal claims, but all pendent state claims which derive "from a common nucleus of operative fact." *United Mine Workers v. Gibbs*, 383 US 715, 725 (1966); *see also* 28 U.S.C. §§ 1367(a) and 1441(c). *Id*.

11.     Venue is proper in this Court as the alleged wrongful conduct occurred in the County of Los Angeles and the named Defendants reside therein. 28 U.S.C. §§ 84(c)(2), 1391, 1446. Decl. Garcia, ¶ 12.

12.     This Notice of Removal is being filed with this Court less than 30 days after Plaintiff served Defendants with her First Amended Complaint, which service was made on April 20, 2023. Decl. Garcia, ¶ 13.

13.     This Notice of Removal is being contemporaneously filed in this Court as well as the Superior Court of California, County of Los Angeles, Central District. Decl. Garcia, ¶ 14.

14.     All named Defendants have been served and consent to this removal. Decl. Garcia, ¶ 15.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4

15.   Pursuant to 28 U.S.C. § 1446, all orders issued by the Court in this matter are attached as **EXHIBIT "F"** to the Declaration of Roy Garcia.

DATED:  May 11, 2023            HURRELL CANTRALL LLP


By:      */s/ Roy Garcia*
            THOMAS C. HURRELL
            NATALIE U. LUONGO
            ROY GARCIA
            Attorneys for Defendants ANTELOPE
            VALLEY UNION HIGH SCHOOL
            DISTRICT, COUNTY OF LOS
            ANGELES (erroneously sued as "LOS
            ANGELES SHERIFF'S DEPARTMENT"),
            and SHERIFF DEPUTY DANIEL
            ACQUILANO

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE   (213) 426-2000

5