**JS6**

cc: Los Angeles County Superior Court, 22STCV14870

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1, a minor, by and through her Guardian ad Litem, A.A., <br><br> Plaintiff, <br><br> v. <br><br> ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT; LOS ANGELES SHERIFF'S DEPARTMENT; COUNTY OF LOS ANGELES; SHERIFF DEPUTY DANIEL ACQUILANO, in his official and individual capacities; and DOES 1 through 50 | Case No. 2:23-cv-03589-RGK-AS <br><br> [PROPOSED] ORDER [13] <br><br> Hon. R. Gary Klausner |

On May 15, 2023, the Parties to the above-referenced action filed a Joint Stipulation to Remand Action. The Court having reviewed that joint stipulation and good cause appearing, orders as follows:

1. The Parties' joint stipulation is approved;

2. Central District of California case number 2:23-cv-03589 styled JANE DOE 1 and Defendants ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT; LOS ANGELES SHERIFF'S DEPARTMENT; COUNTY OF LOS ANGELES; SHERIFF DEPUTY DANIEL ACQUILANO is hereby remanded back to Los Angeles County Superior Court.

IT IS SO ORDERED.

Dated: May 16, 2023

_____
District Judge R. Gary Klausner